HENRY PATTON, as Assignee, etc., Appellant, *v.* CHARLES B. FARLEY, Sheriff, etc., Respondent.

(Argued March 16, 1886 ; decided March 26, 1886.)

*Joseph A. Burr, Jr.,* for appellant.

*James L. Bishop* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

EDWARD VAN ORDEN et al., Appellants, *v.* SAMUEL J. TILDEN, Respondent.

(Argued March 16, 1886 ; decided March 26, 1886.)

*Samuel Hand* for appellants.

*Mornay Williams* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.